UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ELIZABETH RICCHIO,<br><br>        Petitioner,<br><br>  v.<br><br>WARDEN TINA HORNBEAK, et al.,<br><br>        Respondents. | 1:10-cv—0824-SKO-HC<br><br>ORDER DISREGARDING PETITIONER'S OBJECTION TO ORDER TRANSFERRING ACTION AND MOTIONS TO RECONSIDER AND FOR RELIEF FROM TRANSFER PURSUANT TO Fed. R. Civ. P. 59-60(b) (DOC. 13) |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

    Petitioner is an inmate of Valley State Prison for Women (VSPW) in Chowchilla, California, which is within the Eastern District of California. Petitioner is serving a sentence pursuant to a conviction in the San Diego Superior Court (pet. 3) and challenges a decision to deny her parole, which was rendered at VSPW. On May 10, 2010, Petitioner's action was transferred to this Court from the United States District Court for the Southern District of California.

1

On May 27, 2010, Petitioner filed objections to the transfer, a motion for reconsideration of the transfer, and a motion for relief from the transfer.  Her objections and motions were captioned for the United States District Court for the Southern District of California.  (Doc. 13, 1.)  Further, Petitioner stated in her papers that she was filing the motion in the Southern District, and she was serving a copy on this Court.  (Id.)  The Clerk of this Court, however, docketed the papers as an objection and motion to reconsider pending in this Court.

Accordingly, to maintain the integrity of the docket, Petitioner's objections and motions for reconsideration of, and relief from, the order of transfer are DISREGARDED.

IT IS SO ORDERED.

**Dated:   July 19, 2010**                               /s/ Sheila K. Oberto
                                                               UNITED STATES MAGISTRATE JUDGE